

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2015

No. 04-15-00457-CV

**IN RE E.K.C.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02397
Honorable Richard Garcia, Judge Presiding

## S H O W   C A U S E   O R D E R

The trial court signed an order terminating appellant's parental rights on June 1, 2015. *See In re A.W.*, 384 S.W.3d 872 (Tex. App.—San Antonio 2012, no pet.) (holding "Associate Judge's Report and Order" was final, appealable order).[1]  Therefore, the notice of appeal was due June 22, 2015. *See* TEX. R. APP. P. 26.1(b).  Appellant filed his notice of appeal on July 17, 2015.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing predecessor to Rule 26).  In this case, however, appellant did not file his notice of appeal within the fifteen-day grace period, which ended July 7, 2015.

We therefore order appellant to show cause in writing by **November 23, 2015** why this appeal should not be dismissed for lack of jurisdiction.

It is so ORDERED on this 14th day of November, 2015.

PER CURIAM

ATTESTED TO:_____
Keith E. Hottle
Clerk of Court

---

[1] The trial court also signed a typewritten "final order" on July 17, 2015.  However, because no motion or other pleading extending the trial court's plenary power was filed, the trial court lost plenary power to vacate, modify, correct or reform the judgment on July 1, 2015, thirty days after the judgment was signed.  *See* TEX. R. CIV. P. 329b(d); *In re A.R.G.*, 420 S.W.3d 841, 842 n. 2 (Tex. App.—San Antonio 2013, no pet.).